FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-20-00125-CV

**PAY AND SAVE, INC.**,
Appellant

v.

Roel **CANALES**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

This case was submitted by oral argument on October 20, 2021. On July 1, 2022, Appellant moved this court for leave to file a post-submission letter brief. Appellant's motion is granted; Appellant's letter brief is filed. *See* TEX. R. APP. P. 38.7.

It is so **ORDERED** on July 8, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT